UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THOMAS CHUNG,

        Plaintiff,

  v.                                            16-CV-3069 (AT-JLC)

HIGHGATE HOTELS L.P., VORNADO REALTY      **RULE 7.1 DISCLOSURE**
TRUST, and VINCENT CURCIO,                       **STATEMENT**

        Defendants.
-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that defendant Highgate Hotels, L.P. ("Highgate") is a Delaware Limited Partnership. Highgate's General Partner is Highgate Hotels GP, LLC ("Highgate GP"), a Delaware Limited Liability Company.  No publicly held corporation owns 10% or more of Highgate's stock.

Dated:  New York, New York
         August 5, 2016                      Respectfully submitted,

                                                  OGLETREE, DEAKINS, NASH,
                                                   SMOAK & STEWART, P.C.

                                                   By  s/ Evan B. Citron
                                                      Frank Birchfield
                                                      Evan B. Citron
                                               1745 Broadway, 22nd Floor
                                               New York, New York 10019
                                               Tel:  (212) 492-2500

                                               *Attorneys for Defendant*
                                               *Highgate Hotels, L.P.*

25727860.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THOMAS CHUNG,

          Plaintiff,

v.	16-CV-3069 (AT-JLC)

HIGHGATE HOTELS L.P., VORNADO REALTY	**CERTIFICATE OF SERVICE**
TRUST, and VINCENT CURCIO,

          Defendants.
-----------------------------------------------------------------x

      I, Evan B. Citron, hereby certify that upon this date I served, via the ECF system, a true and correct copy of Defendant Highgate Hotels, L.P.'s Rule 7.1 Disclosure Statement upon the following:

Walker Green Harman, Jr.
Owen Hunting Laird
The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY  10001
wharman@theharmanfirm.com
olaird@theharmanfirm.com

                    *Attorneys for Plaintiff*

Dated: New York, New York	OGLETREE, DEAKINS, NASH,
       August 5, 2016	 SMOAK & STEWART, P.C.

                                  By: *s/ Evan B. Citron*
                                      Evan B. Citron
                                1745 Broadway, 22nd Floor
                                New York, New York  10019
                                (212) 492-2500

                                Attorneys for Defendant
                                *Highgate Hotels, L.P.*