```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THOMAS CHUNG,                                  :
                                               :
                Plaintiff,                     :
                                               :
        v.                                     :         16-CV-3069 (AT-JLC)
                                               :
HIGHGATE HOTELS L.P., VORNADO REALTY           :         **RULE 7.1 DISCLOSURE**
TRUST, and VINCENT CURCIO,                     :              **STATEMENT**
                                               :
                Defendants.                    :
                                               :
------------------------------------------------------------------x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that defendant Vornado Realty Trust ("Vornado") has no parent corporation, and no publicly held corporation owns 10% or more of Vornado's stock.

Dated: New York, New York
      August 5, 2016                    Respectfully submitted,

                                          OGLETREE, DEAKINS, NASH,
                                           SMOAK & STEWART, P.C.

                                        By  s/ Evan B. Citron
                                              Frank Birchfield
                                              Evan B. Citron
                                        1745 Broadway, 22nd Floor
                                        New York, New York 10019
                                        Tel: (212) 492-2500

                                        *Attorneys for Defendant*
                                        *Vornado Realty Trust*

25729003.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THOMAS CHUNG,

        Plaintiff,

v.

HIGHGATE HOTELS L.P., VORNADO REALTY TRUST, and VINCENT CURCIO,

        Defendants.
-----------------------------------------------------------------x

16-CV-3069 (AT-JLC)

**CERTIFICATE OF SERVICE**

I, Evan B. Citron, hereby certify that upon this date I served, via the ECF system, a true and correct copy of Defendant Vornado Realty Trust's Rule 7.1 Disclosure Statement upon the following:

Walker Green Harman, Jr.
Owen Hunting Laird
The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY  10001
wharman@theharmanfirm.com
olaird@theharmanfirm.com

*Attorneys for Plaintiff*

Dated: New York, New York
      August 5, 2016

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: *s/ Evan B. Citron*
    Evan B. Citron
1745 Broadway, 22nd Floor
New York, New York  10019
(212) 492-2500

Attorneys for Defendant
*Vornado Realty Trust*