```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/9/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS CHUNG,                                      :
                                                   :
          Plaintiff,                             :          **ORDER**
                                                   :
  -v-                                              :          16-CV-3069 (AT) (JLC)
                                                   :
HIGHGATE HOTELS L.P., *et al.*,                    :
                                                   :
          Defendants.                            :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The conference originally scheduled for November 17, 2016, at 3:30 p.m. is hereby rescheduled to November 17, 2016, at **4:00 p.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: November 9, 2016
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge