# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys at Law*
1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletreedeakins.com

May 11, 2017

**VIA ECF**

The Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     Thomas Chung v. Highgate Hotels, L.P. et al., 16-CV-3069 (AT-JLC)

Dear Judge Cott:

      We represent Defendants Highgate Hotels, L.P., Vornado Realty Trust, and Vincent Curcio ("Defendants") in the above-referenced matter. On behalf of all parties, and in accordance with Rule I.E of Your Honor's Individual Practices, we respectfully write to update the Court on the status of discovery in this matter, and to request an extension of the fact discovery deadline from May 17, 2017 until June 17, 2017.

      Since the Court granted the parties' initial request to extend the fact discovery deadline (Docket No. 45), the parties have continued to work to secure the production of Plaintiff's medical records. As those records bear significantly on Plaintiff's claims, the parties had planned on completing depositions after the production of those records. While the parties are still awaiting the delivery of that production from Plaintiff's medical providers, we expect to receive it shortly. In anticipation of that production, the parties are working to schedule the 4 depositions they plan to complete in this case. In light of the foregoing, the parties respectfully request an extension of the fact discovery deadline up to and including June 17, 2017. This is the parties' second request for an extension of the fact discovery deadline. Barring any unforeseen issues, the parties expect that this extension will afford them sufficient time to complete fact discovery.

      Thank you for Your Honor's consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

                            Respectfully Submitted,

                            Evan B. Citron

cc:    Owen H. Laird, Esq.