# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law

www.theharmanfirm.com

June 26, 2017

**VIA ECF**

The Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Thomas Chung v. Highgate Hotels, L.P. et al., 16-CV-3069 (AT-JLC)

Dear Judge Cott:

We represent Plaintiff Thomas Chung in the above-referenced matter. We write jointly with counsel for Defendants Highgate Hotels, L.P., Vornado Realty Trust, and Vincent Curcio ("Defendants") in advance of the June 29, 2017, status conference before the Court.

As per Your Honor's Scheduling Order (Docket No. 41), the parties write to inform the Court that Defendants intend to request the Court's permission to move for summary judgment. Plaintiff does not anticipate moving for summary judgment. Additionally, counsel for the parties conferred and agree that a settlement conference before a Magistrate Judge would be useful prior to Defendants' anticipated motion for summary judgment.

We apologize for any delay in submitting this letter to the Court, and thank you for Your Honor's time and attention to this matter.

Respectfully Submitted,

Owen H. Laird

cc: All parties of record (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926